### 3829.  HOBBS *v.* TAYLOR *et al.*

RUSSELL, J.  1. The provision of section 3546 of the Civil Code (1910) concerning sureties, guarantors, and indorsers, that they shall be discharged if, after notice to sue, the creditor or holder of the obligation refuses to commence an action against the principal, has no reference to statutory bonds—such as a forthcoming bond—taken in the progress of a judicial proceeding.

2. The court erred in directing the verdict.      *Judgment reversed.*
DECIDED SEPTEMBER 30, 1912.

Action on bond; from city court of Dublin—Judge Hawkins. September 15, 1911.

*James A. Thomas,* for plaintiff in error.  *S. P. New,* contra.